**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**GEORGE CURRY HUDSON,**

     **Plaintiff,**

**vs.**                                    **Case No. 5:04cv109-LAC/WCS**

**MONICA WETZEL, et al.,**

     **Defendants.**

                                    **/**

**O R D E R**

     **This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 8, 2005. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a <u>de</u> <u>novo</u> determination of any portions to which an objection has been made.**

     **Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.**

**Accordingly, it is now ORDERED as follows:**

**1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.**

**2.  This case is hereby DISMISSED without prejudice.**

**DONE AND ORDERED this 6th  day of July, 2005.**

s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 4:99cv159-LAC